UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RAIT PARTNERSHIP, L.P.,

       Plaintiff,                       2:12-cv-01643-GMN-CWH

       vs.                                **MINUTES OF THE COURT**

RICHARD J. NATHAN, *et al.*,

       Defendants.
_____/

**PRESENT:**

THE HONORABLE GLORIA M. NAVARRO**,** UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   PAMELA C. ELLISON        REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:   NONE APPEARING

COUNSEL FOR DEFENDANTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

**Defendants' motions ECF Nos. 22, 23, 25 and 26 are DENIED with leave to re-file said motions in accordance with Local Rule 7-4.**

Local Rule 7-4 of the Local Rules of Civil Practice for the District of Nevada provides:

> Unless otherwise ordered by the Court, pretrial and post-trial briefs and points and authorities in support of, or in response to, motions shall be limited to thirty (30) pages including the motion but excluding exhibits. Reply briefs and points and authorities shall be limited to twenty (20) pages, excluding exhibits. Where the Court enters an order permitting a longer brief or points and authorities, the papers shall include a table of contents and table of authorities.

On the same day, Defendants Commercial Ventures, Inc., Richard J. Nathan, and National Commercial Ventures, LLC, filed four motions: "Motion to Dismiss for Lack of Personal Jurisdiction, or, in the Alternative, Transfer Venue Pursuant to 28 U.S.C. Section 1631" (ECF No. 23),  "Motion to Dismiss for Failure to Join Indispensable Party" (ECF No. 25), "Motion to Dismiss for Failure to State a Claim" (ECF No. 26) and "Motion to Transfer Venue pursuant to 28 U.S.C. 1404 and 1631" (ECF No. 22).

Defendants appear to have either neglected to observe the requirements of Local Rule 7-4, or chosen to ignore the rule and instead circumvent the purpose of the rule by filing multiple documents for the same motion.  Accordingly, the Court hereby denies Defendants' motions with leave to re-file said motions in accordance with Local Rule 7-4. If Defendants still wish to re-file the motion in excess of the page limits, Defendants may file a motion in accordance with Local Rule 7-4 requesting leave to file excess pages, with an explanation of why good cause exists to grant the motion.

LANCE S. WILSON, CLERK


By: __/s/ Pamela C. Ellison_____
       Deputy Clerk