MARK M. JONES, ESQ. (SBN 267)
KEMP JONES & COULTHARD
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
*m.jones@kempjones.com*

GRANT K. RILEY, ESQ. (SBN 7883)
RILEY & ASSOCIATES CA/NV
4534 W. Hacienda Ave., Suite A
Las Vegas, NV 89118
Telephone: (702 436-1688
Facsimile: (702) 436-4131
*griley@rileylawca-nv.com*

Attorneys for Defendants Richard J. Nathan, Commercial Ventures, Inc. and National Commercial Ventures LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAIT PARTNERSHIP, L.P., a Delaware limited partnership,<br><br>  Plaintiff,<br><br>  vs.<br><br>RICHARD J. NATHAN, an individual, COMMERCIAL VENTURES, INC., a Delaware corporation and NATIONAL COMMERCIAL VENTURES LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No. 2:12-cv-01643-GMN-CWH<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXCEED PAGE LIMIT PURSUANT TO LR 7-4 RE: MOTION TO DISMISS**<br><br>Judge:   Hon. Gloria M. Navarro<br><br>Trial Date:   None Set |

1

The Court having reviewed and considered the Ex Parte Application to Exceed Page Limit Pursuant to LR 7-4 (the "Application") filed by Defendants Richard J. Nathan, Commercial Ventures, Inc. and National Commercial Ventures LLC (collectively, "defendants"), with respect to Defendants' Motion to Dismiss (the "Motion"), in excess of the thirty (30) page limit for pleadings, and for good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

Prepared and respectfully submitted by:

| RILEY & ASSOCIATES CA/NV | KEMP, JONES & COULTHARD, LLP |
|---|---|
| */s/ Grant K. Riley* | */s/ Nathanael R. Rulis* |
| Grant K. Riley (SBN 7883) | Mark M. Jones (SBN 267) |
| 4534 W. Hacienda Ave. | Nathanael R. Rulis (SBN 11259) |
| Suite A | 3800 Howard Hughes Pkwy |
| Las Vegas, Nevada 89118 | 17th Floor |
| | Las Vegas, Nevada 89169 |
| *Attorneys for Defendants Richard J. Nathan, Commercial Ventures, Inc. and National Commercial Ventures, LLC* | *Attorneys for Defendants Richard J. Nathan, Commercial Ventures, Inc. and National Commercial Ventures, LLC* |

**Pursuant to Special Order 109 of the United States District Court of the District of Nevada, a separate document must be filed for each type of document or purpose. Defendants' counsel is advised to file the Motion contained in document [40] Exhibit 1, at (ECF No. [40-1]), using the event 'Motion to Dismiss' found under the 'Motions' category within CM/ECF.**

**IT IS SO ORDERED**

Dated: December 10, 2012

_____
UNITED STATES DISTRICT JUDGE