```
JOHN H. COTTON ESQ.
Nevada Bar No. 5268
E-mail:  JhCotton@cdwnvlaw.com
DEAN S. BENNETT, ESQ.
Nevada Bar No. 6221
E-mail:  dbennett@nevadafirm.com
SHEMILLY A. BRISCOE, ESQ.
Nevada Bar No. 9985
E-mail:  sbriscoe@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:     702/791-0308

MICHAEL J. PHILIPPI, ESQ. (Admitted pro hac vice)
LISA C. SULLIVAN, ESQ. (Admitted pro hac vice)
ALEXANDER J. DARR, ESQ. (Admitted pro hac vice)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone:     312/977-4400
E-mail: mjphilippi@uhlaw.com
```

Attorneys for Plaintiff RAIT Partnership, L.P., a Delaware limited partnership,

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAIT PARTNERSHIP, L.P., a Delaware limited partnership,<br><br>            Plaintiff,<br><br>     v.<br><br>RICHARD J. NATHAN, an individual, COMMERCIAL VENTURES, INC., a Delaware corporation and NATIONAL COMMERCIAL VENTURES LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO.:    2:12-CV-01643-GMN-CWH<br><br>**STIPULATION & ORDER TO STAY LITIGATION PENDING SETTLEMENT** |

/ / /

/ / /

/ / /

/ / /

- 1 -

09672-01/
4843-9439-5154.2

Plaintiff, RAIT Partnership, L.P. ("RAIT"), and Defendants, Richard J. Nathan, Commercial Ventures, Inc., and National Commercial Ventures LLC ("Defendants"), by their attorneys, hereby stipulate and agree that the Court enter an order staying all proceedings in this case until May 14, 2013, in light of the Parties' settlement agreement. In support of this stipulation, the Parties state as follows:

1. On February 13, 2013, the Parties took part in a mediation in an attempt to settle the present litigation and other disputes among the parties. At the mediation, the Parties reached resolution and documented their resolution in a written settlement agreement, the material terms of which are confidential.

2. Pursuant to the terms of the settlement agreement, Defendants will complete performance of its settlement obligations on or before May 14, 2013. At that time, the Parties will jointly move to dismiss this lawsuit with prejudice.

3. Currently pending before the Court are (1) Defendants' omnibus motion to dismiss, (2) Defendants' motion to transfer venue, and (3) Defendants' evidentiary objections to Plaintiff's declaration.

4. The parties respectfully request that the Court stay the present case and its decision on the pending motions until May 14, 2013 to provide the parties adequate time to fulfill the settlement agreement and seek dismissal.

5. This request is not made to delay the litigation or prejudice any party.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, Plaintiff, RAIT Partnership, L.P., and Defendants, Richard J. Nathan, Commercial Ventures, Inc., and National Commercial Ventures LLC, agree that all proceedings in this case be stayed until May 14, 2013.

Dated: February 15, 2013                           Respectfully submitted,

| /s/ Nathanael R. Rulis | /s/ Alexander J. Darr |
|---|---|
| One of the Attorneys for the Defendants | One of the Attorneys for Plaintiff |
| Grant K. Riley<br>RILEY & ASSOCIATES CA/NV<br>4354 W. Hacienda Ave., Suite A<br>Las Vegas, NV 89118<br>Phone: 702-436-1688<br>Fax: 702-436-4131<br>griley@rileylawca-nv.com | Michael J. Philippi*<br>Lisa C. Sullivan *<br>Alexander J. Darr*<br>UNGARETTI & HARRIS LLP<br>3500 Three First National Plaza<br>Chicago, Illinois 60602<br>Phone: 312-977-4400<br>Fax:  312-977-4405 |
| Mark M. Jones – NV Bar No. 267<br>Nathanael R. Rulis – NV Bar No. 11259<br>KEMP JONES & COULTHARD, LLP<br>3800 Howard Hughes Pwky, 17th Floor<br>Las Vegas, Nevada 89169<br>Phone: 702-385-6000 | John H. Cotton - Nevada Bar No. 5268<br>Dean S. Bennett - Nevada Bar No. 6221<br>Shemilly A. Briscoe – Nevada Bar No. 9985<br>COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Phone: 702-791-0308 |

## ORDER

**IT IS HEREBY ORDERED** that this action shall be **STAYED** until May 14, 2013.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that the parties shall file a **status report by May 14, 2013**, if dismissal paperwork has not already been filed in the docket.

**DATED** this 21st day of February, 2013.

_____
Gloria M. Navarro
United States District Judge

- 3 -

09672-01/
4843-9439-5154.2