JOHN H. COTTON ESQ.
Nevada Bar No. 5268
E-mail: JhCotton@cdwnvlaw.com
DEAN S. BENNETT, ESQ.
Nevada Bar No. 6221
E-mail: dbennett@nevadafirm.com
SHEMILLY A. BRISCOE, ESQ.
Nevada Bar No. 9985
E-mail: sbriscoe@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308

MICHAEL J. PHILIPPI, ESQ. (Admitted *pro hac vice*)
LISA C. SULLIVAN, ESQ. (Admitted *pro hac vice*)
ALEXANDER J. DARR, ESQ. (Admitted *pro hac vice*)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone:    312/977-4400
E-mail: mjphilippi@uhlaw.com

Attorneys for Plaintiff RAIT Partnership, L.P., a Delaware limited partnership,

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAIT PARTNERSHIP, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD J. NATHAN, an individual, COMMERCIAL VENTURES, INC., a Delaware corporation and NATIONAL COMMERCIAL VENTURES LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO.:   2:12-CV-01643-GMN-CWH<br><br>**SECOND AMENDED STIPULATION AND ORDER TO STAY LITIGATION PENDING SETTLEMENT**<br><br>Judge:  Hon. Gloria M. Navarro |

Plaintiff, RAIT Partnership, L.P. ("RAIT"), and Defendants, Richard J. Nathan, Commercial Ventures, Inc., and National Commercial Ventures LLC ("Defendants"), by and through their attorneys, hereby stipulate and request that the Court amend and modify the First

1  Amended Stipulation and Order to Stay Litigation Pending Settlement ("Amended Stipulation")

2  approved by the Court on May 10, 2013 (Doc. No. 66). This Second Amended Stipulation and

3  Order to Stay Litigation Pending Settlement ("Second Amended Stipulation") is made on the

4  following grounds:

5       1.     On or about February 13, 2013, the Parties engaged in mediation which resulted

6  in an agreement to settle and resolve the present litigation and other disputes among the Parties

7  (the "Original Settlement Agreement"). The material terms of the Parties' Original Settlement

8  Agreement are and remain confidential.

9       2.     Pursuant to the terms of the Original Settlement Agreement, settlement

10  obligations were scheduled to be completed on or before May 14, 2013.

11       3.     On April 19, 2013, the Parties amended the Original Settlement Agreement

12  ("First Amendment to Settlement Agreement"), the material terms of which are and remain

13  confidential. Pursuant to the terms of the First Amendment to Settlement Agreement, settlement

14  obligations were scheduled to be completed on or before August 31, 2013.

15       4.     In light of the First Amendment to Settlement Agreement, the Parties jointly filed

16  a Stipulation and Order to Stay Litigation Pending Settlement. (Doc. No. 64.) On May 10, 2013,

17  this Court entered an order extending the stay. (Doc. No. 66.) The May 10 order provided, "This

18  action shall be stayed until August 31, 2013." (*Id.*) It further provided, "Upon the parties full and

19  complete performance of the Settlement Agreement identified above, the parties will

20  immediately move to dismiss this action with prejudice." (*Id.*)

21       5.     On July 10, 2013, the Parties further amended the Original Settlement Agreement

22  in an Acknowledgment and Second Amendment to Settlement Agreement, the material terms of

23  which are confidential. Pursuant to the terms of the Amended Settlement Agreement, settlement

24  obligations are scheduled to be completed on or before December 15, 2013.

25       6.     The parties respectfully request that the Court continue the stay of the present

26  case until January 6, 2014 to provide the parties adequate time to fulfill the obligations of the

27  Original Settlement Agreement and Acknowledgment and Second Amendment to Settlement

1  Agreement and seek to dismissal of this action. The Parties agree to inform the Court in the event

2  of a default under the Settlement Agreement or other development which warrants the Court's

3  intervention.

4        7.     This request is not made to delay the litigation or prejudice any party.

5        WHEREFORE, Plaintiff, RAIT Partnership, L.P., and Defendants, Richard J. Nathan,

6  Commercial Ventures, Inc., and National Commercial Ventures LLC, agree that all proceedings

7  in this case be stayed until January 6, 2014.

8  Dated: July 17, 2013            Respectfully submitted,

9  /s/ Grant K. Riley             /s/ Lisa C. Sullivan
   One of the Attorneys for Defendants    One of the Attorneys for Plaintiff
10

11  Grant K. Riley               Michael J. Philippi*
    RILEY & ASSOCIATES CA/NV     Lisa C. Sullivan *
12  4354 W. Hacienda Ave., Suite A    UNGARETTI & HARRIS LLP
    Las Vegas, NV 89118          3500 Three First National Plaza
13  Phone: 702-436-1688         Chicago, Illinois 60602
    Fax: 702-436-4131           Phone: 312-977-4400
14  griley@rileylawca-nv.com       Fax: 312-977-4405

15  Mark M. Jones – Nevada Bar No. 267
    Nathanael R. Rulis – Nevada Bar No.  John H. Cotton - Nevada Bar No. 5268
16  11259                   Dean S. Bennett - Nevada Bar No. 6221
    Kemp Jones & Coulthard, LLP     COTTON, DRIGGS, WALCH, HOLLEY,
17  3800 Howard Hughes Pkwy, 17th Floor  WOLOSON & THOMPSON
    Las Vegas, Nevada 89169       400 South Fourth Street, Third Floor
18  Phone: 702-385-6000         Las Vegas, Nevada 89101
                             Phone: 702-791-0308

19

20                     **ORDER**

21       Upon good cause shown, it is HEREBY ORDERED as follows:

22       1.     This action shall be stayed under January 6, 2014.

23       2.     Upon the parties' full and complete performance of the Settlement Agreement

24  identified above, the parties will immediately move to dismiss this action with prejudice.

25       3.     In the event of a breach of the Settlement Agreement or other event which

26  requires Court intervention, the parties will so inform the Court via status report, motion, or other

27  application.   Date: ~~July~~ 18, 2013

_____
Nancy J. Koppe
U.S. Magistrate Judge

- 3 -