```
JOHN H. COTTON ESQ.
Nevada Bar No. 5268
E-mail: JhCotton@cdwnvlaw.com
DEAN S. BENNETT, ESQ.
Nevada Bar No. 6221
E-mail: dbennett@nevadafirm.com
SHEMILLY A. BRISCOE, ESQ.
Nevada Bar No. 9985
E-mail: sbriscoe@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308

MICHAEL J. PHILIPPI, ESQ. (Admitted *pro hac vice*)
LISA C. SULLIVAN, ESQ. (Admitted *pro hac vice*)
ALEXANDER J. DARR, ESQ. (Admitted *pro hac vice*)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone:   312/977-4400
E-mail: mjphilippi@uhlaw.com

Attorneys for Plaintiff RAIT Partnership, L.P., a Delaware limited partnership,
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAIT PARTNERSHIP, L.P., a Delaware limited partnership,<br><br>  Plaintiff,<br><br>v.<br><br>RICHARD J. NATHAN, an individual, COMMERCIAL VENTURES, INC., a Delaware corporation and NATIONAL COMMERCIAL VENTURES LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO.:   2:12-CV-01643-GMN-CWH<br><br>**SECOND AMENDED STIPULATION AND ORDER TO STAY LITIGATION PENDING SETTLEMENT**<br><br>Judge: Hon. Gloria M. Navarro |

Plaintiff, RAIT Partnership, L.P. ("RAIT"), and Defendants, Richard J. Nathan, Commercial Ventures, Inc., and National Commercial Ventures LLC ("Defendants"), by and through their attorneys, hereby stipulate and request that the Court amend and modify the First

1 | Amended Stipulation and Order to Stay Litigation Pending Settlement ("Amended Stipulation")
2 | approved by the Court on May 10, 2013 (Doc. No. 66). This Second Amended Stipulation and
3 | Order to Stay Litigation Pending Settlement ("Second Amended Stipulation") is made on the
4 | following grounds:

5 |     1.    On or about February 13, 2013, the Parties engaged in mediation which resulted
6 | in an agreement to settle and resolve the present litigation and other disputes among the Parties
7 | (the "Original Settlement Agreement"). The material terms of the Parties' Original Settlement
8 | Agreement are and remain confidential.

9 |     2.    Pursuant to the terms of the Original Settlement Agreement, settlement
10 | obligations were scheduled to be completed on or before May 14, 2013.

11 |     3.    On April 19, 2013, the Parties amended the Original Settlement Agreement
12 | ("First Amendment to Settlement Agreement"), the material terms of which are and remain
13 | confidential. Pursuant to the terms of the First Amendment to Settlement Agreement, settlement
14 | obligations were scheduled to be completed on or before August 31, 2013.

15 |     4.    In light of the First Amendment to Settlement Agreement, the Parties jointly filed
16 | a Stipulation and Order to Stay Litigation Pending Settlement. (Doc. No. 64.) On May 10, 2013,
17 | this Court entered an order extending the stay. (Doc. No. 66.) The May 10 order provided, "This
18 | action shall be stayed until August 31, 2013." (*Id.*) It further provided, "Upon the parties full and
19 | complete performance of the Settlement Agreement identified above, the parties will
20 | immediately move to dismiss this action with prejudice." (*Id.*)

21 |     5.    On July 10, 2013, the Parties further amended the Original Settlement Agreement
22 | in an Acknowledgment and Second Amendment to Settlement Agreement, the material terms of
23 | which are confidential. Pursuant to the terms of the Amended Settlement Agreement, settlement
24 | obligations are scheduled to be completed on or before December 15, 2013.

25 |     6.    The parties respectfully request that the Court continue the stay of the present
26 | case until January 6, 2014 to provide the parties adequate time to fulfill the obligations of the
27 | Original Settlement Agreement and Acknowledgment and Second Amendment to Settlement

1 Agreement and seek to dismissal of this action. The Parties agree to inform the Court in the event
2 of a default under the Settlement Agreement or other development which warrants the Court's
3 intervention.
4   7.  This request is not made to delay the litigation or prejudice any party.
5   WHEREFORE, Plaintiff, RAIT Partnership, L.P., and Defendants, Richard J. Nathan,
6 Commercial Ventures, Inc., and National Commercial Ventures LLC, agree that all proceedings
7 in this case be stayed until January 6, 2014.

8 Dated: July 17, 2013           Respectfully submitted,

9 /s/ Grant K. Riley          /s/ Lisa C. Sullivan
  One of the Attorneys for Defendants    One of the Attorneys for Plaintiff
10
  Grant K. Riley            Michael J. Philippi*
11  RILEY & ASSOCIATES CA/NV     Lisa C. Sullivan *
  4354 W. Hacienda Ave., Suite A      UNGARETTI & HARRIS LLP
12  Las Vegas, NV 89118         3500 Three First National Plaza
  Phone: 702-436-1688          Chicago, Illinois 60602
13  Fax: 702-436-4131           Phone: 312-977-4400
  griley@rileylawca-nv.com        Fax: 312-977-4405
14
  Mark M. Jones – Nevada Bar No. 267
15  Nathanael R. Rulis – Nevada Bar No.   John H. Cotton - Nevada Bar No. 5268
  11259                Dean S. Bennett - Nevada Bar No. 6221
16  Kemp Jones & Coulthard, LLP      COTTON, DRIGGS, WALCH, HOLLEY,
  3800 Howard Hughes Pkwy, 17th Floor   WOLOSON & THOMPSON
17  Las Vegas, Nevada 89169        400 South Fourth Street, Third Floor
  Phone: 702-385-6000          Las Vegas, Nevada 89101
18                      Phone: 702-791-0308

19
20                  **ORDER**
21   Upon good cause shown, it is HEREBY ORDERED as follows:
22   1.  This action shall be stayed under January 6, 2014.
23   2.  Upon the parties' full and complete performance of the Settlement Agreement
24 identified above, the parties will immediately move to dismiss this action with prejudice.
25   3.  In the event of a breach of the Settlement Agreement or other event which
26 requires Court intervention, the parties will so inform the Court via status report, motion, or other
27 application. Date: ~~July~~ 18, 2013

                    _____
                   Nancy J. Koppe
                   U.S. Magistrate Judge

                      - 3 -